IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE BECKWITH, | : | Civil Action No. 4:12-CV-0108 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| THE PENNSYLVANIA STATE UNIVERSITY, *d/b/a* *PENNSYLVANIA STATE UNIVERSITY COLLEGE OF MEDICINE*, | : | |
| | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

**ORDER**

January 12, 2015

In accordance with the Memorandum issued this date, **NOW,**

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Chief Judge Martin C. Carlson's Report and Recommendation is ADOPTED in full.  August 19, 2014, ECF No. 38.

2. Defendant's Motion for Summary Judgment is GRANTED. December 30, 2013, ECF No. 28.

3. Final Judgment is entered in favor of Defendant and against Plaintiff.

4. The clerk is directed to close the case file.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge