# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

No. 15-1392

CATHERINE BECKWITH,
                                       Appellant

v.

THE PENNSYLVANIA STATE UNIVERSITY, d/b/a PENNSYLVANIA STATE UNIVERSITY, COLLEGE OF MEDICINE

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(District Case No. 4-12-cv-00108)
District Judge: Honorable Matthew W. Brann

Submitted under Third Circuit L.A.R. 34.1(a)
November 7, 2016

Before: JORDAN, GREENAWAY, JR., and RENDELL, <u>Circuit Judges</u>

## **JUDGMENT**

This case came on to be heard on record from the United States District Court for the Middle District of Pennsylvania and was submitted under the Third Circuit L.A.R. 34.1(a) on November 7, 2016.

On consideration whereof, it is now here

**ORDERED and ADJUDGED** by this court that the Judgment of the District Court entered January 12, 2015, be and the same is hereby **AFFIRMED**.

Costs taxed against the Appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: November 30, 2016